

FILED
MAY 2 2 2008
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>AMADO ALVAREZ-RUELAS,<br><br>           Defendant. | Criminal Case No. 08cr1675-IEG<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of heroin (Felony); Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |

The United States Attorney charges:

Count 1

On or about April 18, 2008, within the Southern District of California, defendant AMADO ALVAREZ-RUELAS, did knowingly and intentionally import approximately .02 kilograms (.04 pounds) of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

JDM:rp:San Diego
4/29/08

Count 2

On or about April 18, 2008, within the Southern District of California, defendant AMADO ALVAREZ-RUELAS, did knowingly and intentionally import 50 grams or more, to wit: approximately .22 kilograms (.48 pounds) of methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 5/22/08

KAREN P. HEWITT
United States Attorney

for JEFFREY D. MOORE
Assistant U.S. Attorney