1  KAREN P. HEWITT
   United States Attorney
2  JAIME D. PARKS
   Assistant United States Attorney
3  California State Bar No. PENDING
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  619 557-7085 (Telephone)/619 557-5551 (Fax)
   Email: jaime.parks@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,          )
11                                     )   Criminal Case No. 08cr1675IEG
                   Plaintiff,          )
12                                     )   NOTICE OF APPEARANCE
          v.                           )
13                                     )
    AMADO ALVAREZ-RUELAS,              )
14                                     )
                                       )
15                 Defendant.          )
                                       )
16

17  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18         I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

19  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

20  There are no other government attorneys (who are admitted to practice in this court or authorized to

21  practice under CivLR 83.3.c.3-4) associated with this case who should be listed as lead counsel for

22  CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case.

23         Please feel free to call me if you have any questions about this notice.

24         DATED: August 19, 2008.

25                                                  KAREN P. HEWITT
                                                    United States Attorney
26
                                                    /s/Jaime D. Parks
27                                                  JAIME D. PARKS
                                                    Assistant United States Attorney
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>AMADO ALVAREZ-RUELAS,<br><br>  Defendant. | Criminal Case No. 08cr1675IEG<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Jaime Parks, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated August 19, 2008, and this Certificate of Service, dated August 19, 2008, on the following parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies: Mayra Garcia, Attorney for Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on August 19, 2008.

/s/Jaime D. Parks
JAIME D. PARKS
Assistant United States Attorney

Certificate of Service
United States v. Amado Alvarez-Ruelas          08cr1675IEG